# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | | |
|---|---|---|
| **BRANDON PICKENS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:22-cv-00169-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **TODD ISHEE, Secretary, North Carolina Department of Adult Corrections,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2024 Memorandum of Decision and Order.

February 14, 2024

Katherine Hord Simon, Clerk
United States District Court